UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Efrain Nmi Gonzalez,                                           Civil No. 14-1277 (PAM/JJG)

                Petitioner,

v.                                                                                        **ORDER**

United States of America,

                Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Jeanne J. Graham, dated May 5, 2014.

The R&R recommended that the Court dismiss Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 for lack of jurisdiction and deny Petitioner's application to proceed in forma pauperis. Petitioner has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 3).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. The Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED**; and

3. This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 3, 2014

                                        *s/ Paul A. Magnuson*
                                        Paul A. Magnuson
                                        United States District Court Judge